ARTHUR K. GRIESER, Appellant, v. MADGE EASTWOOD GRIESER, Respondent.— Judgment reversed and judgment directed for plaintiff upon the

*See Laws of 1921, chap. 715, § 5.— [REP.

ground that the plaintiff clearly made out his case by a preponderance of the evidence, and is entitled to judgment. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.